Carafa6sto

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Ann Marie Donio |
|---|---|---|
| v. | : | Criminal No. 05-1052 |
| GABRIEL CARAFA | : | SPEEDY TRIAL ORDER |

Defendant having appeared on May 23, 2005 for his initial appearance on a criminal Complaint charging him with possession of firearms by a convicted felon; defendant having been ordered pretrial detained without bail; the Government having begun plea negotiations with Jeremy Frey, Esquire, counsel for defendant; the Government already having made some voluntary pre-indictment discovery in order to facilitate plea negotiations, which consisted mostly of numerous undercover audio recordings; defense counsel recently having taken steps to obtain additional court records with respect to his client's previous criminal convictions, because those convictions have a bearing on the plea negotiations; in addition, the Government being in the process of preparing draft transcripts of the aforementioned tape-recorded conversations, so that both parties can better evaluate the evidence in this case; as a result of these factors, defendant having requested the exclusion under the Speedy Trial Act of another period of approximately 60 days so that his