JMR/2005R00623

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06- 359 |
| v. | : | 18 U.S.C. §§ 922(a)(1)(A), 922(g)(1) and 2 |
| GABRIEL CARAFA | : | I N F O R M A T I O N |

The defendant having waived in open Court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

### COUNT ONE
(Dealing in Firearms Without a License)

From at least as early as in or about April 2005, through on or about May 14, 2005, in Salem County, in the District of New Jersey, and elsewhere, defendant

GABRIEL CARAFA

did knowingly and willfully engage in the business of dealing in firearms without being licensed to do so under federal firearms law.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

-1-

## COUNT TWO
### (Felon in Possession of Firearms)

Between on or about April 25, 2005 and May 14, 2005, in Salem County, in the District of New Jersey, and elsewhere, the defendant

### GABRIEL CARAFA,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess in and affecting commerce the following firearms:

1. Winchester rifle, with an obliterated serial number;
2. Remington, Model 550-1, .22 caliber rifle;
3. JP Sauer and Sohn revolver, .32 caliber, serial number 316901;
4. Marlin, Model 55, 12 gauge shotgun;
5. Browning, 12 gauge shotgun, serial number OV27081;
6. Marlin, Model 336, .35 caliber rifle, serial number T1114;
7. Springfield, Model 67H, 12 gauge shotgun, serial number A025138;
8. Winchester, Ranger Model 120, 20 gauge shotgun, serial number L1754524;
9. Browning, Model Light 12, 12 gauge shotgun, serial number 47292;
10. Remington, Model Gamemaster 760, .30-06 caliber rifle, serial number 462289;
11. A. Francotte, double barrel shotgun, serial number 32061; and
12. Stevens, Model, 311, 12 gauge shotgun, serial number 5100.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

*/s/ Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney