PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Gabriel Carafa

**Docket Number:** 06-00359-001
**PACTS Number:** 42737

**Name of Sentencing Judicial Officer:** HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/08/2006

**Original Offense:** 1) UNLAWFUL TRANSPORT OF FIREARMS; 2) POSSESSION OF A FIREARM BY A CONVICTED FELON

**Original Sentence:** 80 months imprisonment; 3 years supervised release. (Each count concurrent)

**Type of Supervision:** supervised release        **Date Supervision Commenced:** 4/2/11

**Assistant U.S. Attorney:** Jason M. Richardson, 401 Market St., 4th Floor, P.O. Box 2098, Camden, New Jersey 08101, (609) 757-5026

**Defense Attorney:** Jeremy D. Frey, 3000 Two Logan Square, 18th and Arch Streets, Philadelphia, Pa 19103, 215-981-4445 (Appointed)

---

## PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On 4/16/13, Carafa was arrested and charged by the Toms River, N.J. Police Department with Simple Assault.. |
| 2 | The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On 7/27/13, Carafa was arrested and charged by the Toms River Police Department with Simple Assault.. |
| 3 | The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.' |

PROB 12C - Page 2
Gabriel Carafa

On 9/9/13, Carafa was arrested and charged by the Toms River, N.J. Police Department with 1) Aggravated Simple Assault; 2) Inconvenient Annoyance; and 3) Simple Assault..

4          The offender has violated the standard supervision condition which states 'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'

On 7/28/13 and 8/20/13, Carafa was instructed by his probation officer to stay away from the residence located at 1951 Red Cedar Street, Toms River, N.J., and he failed to comply..

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner
    Senior U.S. Probation Officer
Date: 9/17/13

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9-23-13
_____
Date