JMR/VOSR

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert B. Kugler |
| v. | : | Crim. No. 06-359 (RBK) |
| GABRIEL CARAFA | : | <u>O R D E R</u> |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Gabriel Carafa (Maggie Moy, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on September 8, 2006; and the defendant having entered a guilty plea on August 6, 2014 to having violated the terms of his Supervised Release, namely Violation No. 3, which required that the defendant refrain from committing another federal, state, or local crime during the term of supervision;

**IT IS** on this ___6th___ day of August, 2014,

ORDERED that the defendant is adjudged guilty of having violated the terms of his Supervised Release, namely Violation No. 3, which required that the defendant refrain from committing another federal, state, or local crime during the term of supervision.

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the United States Bureau of Prisons to serve a sentence of Time Served;

IT IS FURTHER ORDERED that after the defendant completes his term of imprisonment he is ordered to serve 24 months of Supervised Release;

IT IS FURTHER ORDERED that while on supervised release, in addition to the standard conditions adopted by this Court, the defendant shall abide by the following special conditions:

(1) The defendant is committed to a Residential Reentry Center (i.e. halfway house or community correctional center) for a period of 6 months at the direction of the U.S. Probation Office.   While at the Residential Reentry Center the defendant shall be allowed to attend school and/or employment. He is further eligible for weekend privileges.   The defendant shall pay subsistence as required by the program.

(2) The defendant shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in the defendant's name, and shall submit to urinalysis or other forms of testing.   It is further ordered that the defendant shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Officer and shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court.

(3) The defendant shall undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court.   As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by U.S. Probation Office, until discharged by the Court.

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect; and

IT IS FURTHER ORDERED that Violation Nos. 1, 2 and 4 of the Petition filed on or about September 13, 2013 are hereby dismissed.

HONORABLE ROBERT B. KUGLER
United States District Judge