PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Gabriel Carafa

**Docket Number:** 06-00359-001
**PACTS Number:** 42737

**Name of Sentencing Judicial Officer:** HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/08/2006
**Date of Violation of Supervised Release:** 08/06/14

**Original Offense:** UNLAWFUL TRANSPORT OF FIREARMS; POSSESSION OF A FIREARM BY A CONVICTED FELON.
**Violation Offense:** Committed a new crime

**Original Sentence:**   80 months imprisonment; 3 years supervised release (Each count concurrent).
**Violation Sentence:** Time Served Sentence, 2 years supervised release, 6 months halfway house

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 08/06/2014

**Assistant U.S. Attorney:** Jason M. Richardson, 401 Market St., 4th Floor, P.O. Box 2098, Camden, New Jersey 08101, (609) 757-5026

**Defense Attorney:** Maggie Moy, 840 Cooper Street, Suite 350, Camden, New Jersey 08102, (609) 757-5341

---

## PETITIONING THE COURT

[  ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.' |

On September 22, 2014, the undersigned probation officer received a laboratory analysis report from Liberty Management Services (community corrections center) which indicated on September 16, 2014, the offender submitted to urinalysis and tested positive for Amphetamine, Methamphetamine, Heroin and Morphine.  The offender was admitted to Liberty Management Services on September 15, 2014.  As this was his initial drug screening upon admittance to

the program, the offender was not going to be discharged as a result of this urine screen. The same date, the undersigned met with the offender and his case manager and reviewed the conditions of the program. The offender reported that upon release from custody on August 6, 2014, he was not provided with his prescription medications and he admittedly used illegal substances. The offender and the case manager were making arrangements for the offender to be evaluated by mental health professionals in the coming days. Carafa indicated he understood that drug use in the interim would not be tolerated.

On October 8, 2014, the offender submitted to urinalysis at the Liberty Management Services Facility which was forwarded to the laboratory for testing and resulted in a positive result for Norbuprenorphine.

On October 27, 2014, the offender submitted to urinalysis at his home in Absecon, New Jersey. The specimen resulted in a presumptive positive for opiates and when confronted, Carafa admitted he used heroin on Saturday, October 25, 2014. An admission of use form was signed by Carafa.

2

The offender has violated the special supervision condition which states **'Residential Reentry Center Placement (6 months with weekend privileges)** You shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges. You shall pay subsistence as required by the program.'

On October 8, 2014, at 7:05 p.m. the offender was found to be in possession of a cell phone, which is not permitted by the program rules of Liberty Management Systems. The phone was confiscated by a employee at the halfway house and held as evidence.

On October 16, 2014, a search of Carafa's belongings yielded the following results: two bootleg DVDs were found in his locker, one cellular phone was found in the ceiling panel above his bed, one package of screen protectors was found under his mattress, 2 cell phone chargers plugged into the wall behind his bed and one box of daytime cold and flu pills found in his locker. This incident was classified as a "major" program violation.

On October 17, 2014, a urinalysis report was provided to Liberty Management Services indicating that a urine specimen obtained on October 8, 2014, had resulted in a positive result for Norbuprenorphine.

The collective acts of non-compliance resulted in offender's termination from the program on October 17, 2014. The same date, the offender was directed to leave the facility with his belongings and Carafa returned to the home of his sister in Absecon, New Jersey.

PROB 12C - Page 3
Gabriel Carafa

I declare under penalty of perjury that the foregoing is true and correct.

By: Sharon A. O'Brien
Senior U.S. Probation Officer
Date: 10/29/14

THE COURT ORDERS:

[  ] The Issuance of a Warrant
[ ✓ ] The Issuance of a Summons.   Date of Hearing: Nov. 6. 2014 @ 10:00 AM
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

_____10-30-2014_____
Date