PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Gabriel Carafa  **Docket Number:** 06-00359-001
**PACTS Number:** 42737

**Name of Sentencing Judicial Officer:**   THE HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/08/2006
**Date of Violation Sentence:** 08/06/2014
**Date of Second Violation:** 02/11/2015

**Original Offense:** Unlawful Transport of Firearms, 18 U.S.C. 922(a)(1)(A) and 2
**Violation Offense:** Committed New Crime
**Violation Offense:** Drug Usage/Termination from Community Corrections Placement

**Original Sentence:** 80 months custody, 36 months supervised release
**Violation Sentence:** Time Served, 2 years supervised release, 6 months halfway house
**Violation Sentence:** Continue Supervised Release Imposed 08/06/14

**Special Conditions:** Special Assessment, Fine, Substance Abuse Testing, DNA testing, Drug Treatment, Alcohol Treatment, Mental Health Treatment, Financial Disclosure, No New Debt/Credit, and Life Skills Counseling

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 08/06/2014

**Assistant U.S. Attorney:** Jason Richardson, 401 Market St., 4th Floor, Camden, New Jersey 08101, (856) 757-5026

**Defense Attorney:** Maggie Moy, Federal Defenders Office, 800 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

## PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'** |

On March 10, 2015, an announced home visit was conducted at the offender's

Prob 12C – page 2
Gabriel Carafa

residence. A urine sample was taken and provided a presumptive positive for Amphetamine. According to the offender, his prescribed medication was likely producing a "false positive." The offender denied drug use and the specimen was forwarded to the laboratory for testing. On March 17, 2015, the laboratory notified the probation office that the specimen was positive for Amphetamine and D-Methamphetamine. For certainty, the probation office contacted the scientist who performed the testing of the specimen and questioned if there were any possibility of medication producing this positive result. The written response, "the use of the listed medications alone or in combination will not result in the detection of D-Methamphetamine or its metabolite Amphetamine in the urine."

On March 31, 2015, subsequent to a meeting with the offender, Carafa's step-mother contacted the probation officer via text messaging to advise that her friend had given her Adderal she no longer needed. According to the offender's step-mother, Gabe did not advise the probation officer of this as he did not want to get the friend in "trouble."

2   The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

The probation officer met with the offender at his residence on March 31, 2015, at which time the offender was told that he could not relocate to Florida under the circumstances of the positive urine noted in violation number one. The offender was told to discuss such with his family and advise the undersigned of his new address. To date, he has not provided his location. The undersigned has communicated with the offender's step-mother on two occasions in an effort to communicate with Carafa; however, he has not called the probation officer, nor provided an address where he is staying. On Tuesday, April 7, 2015, the probation officer received a text from 267-945-9438 indicating it was Carafa writing to advise he has been "bouncing off couches using friend's phone but they are low on talk minutes;" however, the probation officer could text back. The probation officer indicated by text Carafa needed to provide an address and needed to be seen. No response has been received.

Prob 12C – page 3
Gabriel Carafa

I declare under penalty of perjury that the foregoing is true and correct.

By: Sharon O'Brien
Senior U.S. Probation Officer
Date: 03/24/2015

THE COURT ORDERS:

☑ The Issuance of a Warrant
☐ The Issuance of a Summons. Date of Hearing: _____.
☐ No Action
☐ Other

_____
Signature of Judicial Officer

4-10-2015
_____
Date