JMR/VOSR

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert B. Kugler |
| v. | : | Crim. No. 06-359 (RBK) |
| GABRIEL CARAFA | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Gabriel Carafa (Thomas Young, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on September 8, 2006 and re-imposed after a violation hearing on August 6, 2014 and February 11, 2015; and the defendant having entered a guilty plea on May 18, 2015 to having violated the terms of his Supervised Release, namely Violation No. 1, which required that the defendant refrain from possessing and using any narcotics or other controlled substance except as prescribed by a physician;

**IT IS** on this __18th__ day of May 2015,

ORDERED that the defendant is adjudged guilty of having violated the terms of his Supervised Release, namely Violation No. 1, which required that the defendant refrain from possessing and using any narcotics or other controlled substance except as prescribed by a physician;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the United States Bureau of Prisons to serve a sentence of __7__ months;

IT IS FURTHER ORDERED that the term of supervised release is hereby dismissed and upon completion of his sentence the defendant is discharged from supervision;

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction

entered in this matter shall remain in full force and effect; and

    IT IS FURTHER ORDERED that Violation No. 2 of the Petition filed on or about April 10, 2015 is hereby dismissed.

    */s/ Robert B. Kugler*
    HONORABLE ROBERT B. KUGLER
    United States District Judge